# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:25-CR-00151- |
| | § | ALM-BD |
| ANGEL CONCEPCION | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant did not consent to revocation and did not waive his right to object to the proposed findings and recommendations of the United States Magistrate Judge. Defendant also did not waive his right to allocate before the undersigned. Defendant filed timely objections to the Magistrate Judge's Report and Recommendation. Having considered the Defendant's objections as well as the Defendant's allocution before the Court, the Court adopts the Magistrate Judge's findings in part.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED IN PART** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of

1

Prisons for time served, with twenty-four (24) months of supervised release to follow.

**IT IS SO ORDERED**.

**SIGNED this 7th day of October, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE